## MANN v. OKLAHOMA CITY PLANING MILL & BOX MFG. CO.

No. 4578. Opinion Filed June 29, 1915.
(150 Pac. 460.)

APPEAL AND ERROR—Failure to File Brief—Dismissal. Where plaintiff in error files no brief, and assigns no reason for failure to do so, the appeal will be considered as abandoned, and under rule 7 of this court (38 Okla. vi, 137 Pac. ix), is dismissed.

(Syllabus by Brett, C.)

*Error from District Court, Oklahoma County;*
*W. R. Taylor, Judge.*

Action by the Oklahoma City Planing Mill & Box Manufacturing Company, a corporation, against J. W. Mann. Judgment for plaintiff, and defendant brings error. Dismissed.

*Ross & Moss,* for plaintiff in error.

*John H. Shirk,* for defendant in error.

Opinion by BRETT, C. This action was commenced in the district court of Oklahoma county by the defendant in error, Oklahoma City Planing Mill & Box Manufac-

turing Company, against J. W. Mann, which resulted in a judgment in favor of the plaintiff. The appeal was filed in this court November 20, 1912, and the cause was on June 7, 1915, submitted on the record. Plaintiff in error has filed no brief, assigned no reason for not filing brief, and under these circumstances this court will consider the appeal as abandoned by the plaintiff in error, and the appeal should be dismissed.

By the Court: It is so ordered.